AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

YAILYN BENITEZ,

Plaintiff,

v.

CREDIT CONTROL SERVICES, INC.,
d/b/a CREDIT COLLECTION SERVICES
and JOHN DOES 1-4,

Defendants.
_____/

13-CV-21295-Moreno/Otazo-Reyes

**SUMMONS IN A CIVIL ACTION**

To:

CREDIT CONTROL SERVICES, INC. d/b/a CREDIT COLLECTION SERVICES
C/o REGISTERED AGENT SOLUTIONS, INC.
Suite A
155 Office Plaza Drive
Tallahassee, Florida 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Donald A. Yarbrough
Post Office Box 11842
Fort Lauderdale, FL 33339

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **April 15, 2013**

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts