UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:13-cv-21295-FAM

YAILYN BENITEZ,

    Plaintiff,

v.

CREDIT CONTROL SERVICES, INC.,
d/b/a CREDIT COLLECTION SERVICES
and JOHN DOES 1 – 4,

    Defendants,
_____/

### DEFENDANT'S NOTICE OF FILING THE PARTIES' JOINT PROPOSED JURY INSTRUCTIONS

COMES NOW Defendant CREDIT CONTROL SERVICES, INC., (hereinafter "CCS" or "Defendant"), by and through its undersigned counsel, and hereby files the Parties' Joint Proposed Jury Instructions. Further, Defendant hereby gives notice that there is a disagreement by the Parties with respect to portion(s) of Jury Instructions Numbers 12 and 13.[1]

    Respectfully submitted by:

    /s/ Dale T. Golden
    DALE T. GOLDEN, ESQ.
    Florida Bar No.: 0094080
    **GOLDEN SCAZ GAGAIN, PLLC**
    201 North Armenia Avenue
    Tampa, Florida 33609-2303
    Phone: (813) 251-5500
    Fax: (813) 251-3675
    dgolden@gsgfirm.com
    Counsel for Defendant

---

[1] The portions of Jury Instructions Number 12 and 13 that are NOT agreed to by the parties are italicized and any argument as to why such portion should/should not be included in the Jury Instruction is in bold.

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

  /s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080