UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 13-21295-CIV-MORENO**

YAILYN BENITEZ,

    Plaintiff,

vs.

CREDIT CONTROL SERVICES, INC. d/b/a
CREDIT COLLECTION SERVICES

    Defendant.
_____/

**FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 54 and 58, and in accordance with the verdict rendered by the jury on **January 16, 2014**, judgment is entered in favor of the Defendant Credit Control Services, Inc. and against Plaintiff Yailyn Benitez on all counts.

DONE AND ORDERED in Open Court at Miami, Florida, this 16th day of January, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record