UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  13-21295-CV-MORENO

YAILYN BENITEZ,

        Plaintiff,

vs.

CREDIT CONTROL SERVICES, INC.
d/b/a CREDIT COLLECTION SERVICES,

        Defendant.
_____/

**QUESTION/NOTE FROM DELIBERATING JURY TO THE COURT**

**DO NOT DESTROY**

*Can we present this case as a hung jury?*

1/16/14
_____
DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-21295-CV-MORENO

YAILYN BENITEZ,

        Plaintiff,

vs.

CREDIT CONTROL SERVICES, INC.
d/b/a CREDIT COLLECTION SERVICES,

        Defendant.

**QUESTION/NOTE FROM DELIBERATING JURY TO THE COURT**

**DO NOT DESTROY**

_____/

We reached a verdict

1·16·14
DATE

10