UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 13-21295-CIV-MORENO

YAILYN BENITEZ,

    Plaintiff,

vs.

CREDIT CONTROL SERVICES, INC.
    Defendant.
_____/

## VERDICT

WE, THE JURY, return the following verdict:

    1. Do you find that Defendant Credit Control Services, Inc. violated the Telephone Consumer Protection Act?

    YES_____        NO ✓

If you answered "Yes" to question 1, your verdict is for Plaintiff YAILYN BENITEZ. Please proceed to questions 2 and 3.

If you answered "No" to question 1, your verdict is for Defendant CREDIT CONTROL SERVICES, INC., thus you do not answer questions 2 or 3.

    2. Were the Defendant's violations willfully or knowingly made?

    YES_____        NO_____

If yes, then in addition to the $500 per call, you may award up to $1,000 per call.

    3. What is the amount of damages you award to plaintiff based on the number of calls?

    $_____

_____        1·16·14
                DATE