UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:13-cv-21295-FAM

YAILYN BENITEZ,

    Plaintiff,

v.

CREDIT CONTROL SERVICES, INC.,
d/b/a CREDIT COLLECTION SERVICES
and JOHN DOES 1 – 4,

    Defendants,
_____/

## DEFENDANT'S MOTION FOR COSTS JUDGMENT AGAINST PLAINTIFF

COMES NOW, Defendant CREDIT CONTROL SERVICES, INC. ("Defendant"), by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 58(d), and hereby files this, Defendant's Motion for Costs Judgment Against Plaintiff, and states the following in support thereof:

1. On January 16, 2014, the Court entered a Final Judgment in favor of Defendant and against Plaintiff on all counts in accordance with the verdict rendered by the jury. *See,* DE 40.

2. Defendant filed its Bill of Costs on February 13, 2014. *See,* DE 52.

3. Plaintiff filed her Opposition to Defendant's Bill of Costs on March 13, 2014. *See,* DE 56.

4. On April 3, 2014, the Court entered an Order Granting in Part Defendant's Bill of Costs and held that "[t]he Plaintiff shall be taxed **$2,103.87** in costs." *See,* DE 58 at p. 3 (emphasis in original).

5. Federal Rule of Civil Procedure 58(b)(1)(B) provides that "unless the court orders otherwise, the clerk must, without awaiting the court's direction, promptly prepare, sign, and enter a judgment when the court awards only costs…"

6. Federal Rule of Civil Procedure 58(d) provides that "[a] party may request that judgment be set out in a separate document as required by Rule 58(a)."

7. Through the instant Motion, Defendant respectfully requests that a Costs Judgment be entered in favor of Defendant and against Plaintiff in the amount of $2,103.87, in accordance with the Court's Order dated April 3, 2014 (DE 58).

8. **Pursuant to Local Rule 7.1(a)(3)**, the undersigned hereby certifies that he has conferred with Plaintiff's counsel in a good faith effort to resolve the issues raised in the instant motion and that Plaintiff opposes the relief requested herein. Specifically, Plaintiff's counsel stated "I think the order is a final judgment and the additional motion is superfluous."

WHEREFORE, Defendant respectfully requests that a Costs Judgment be entered in favor of Defendant and against Plaintiff in the amount of $2,103.87 in accordance with the Court's Order dated April 3, 2014 (DE 58).

Respectfully submitted by:

  /s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
dgolden@gsgfirm.com
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2014 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080